# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CALVIN WILLIAMS,<br><br>    Defendant. | No. CR11-0053-LRR<br><br>**ORDER** |

This matter comes before the court on the defendant's motion to expedite process (docket no. 94). The defendant filed such motion on April 16, 2015. The court already took appropriate steps to reduce the defendant's under 18 U.S.C. § 3582(c)(2) and USSG §1B1.10. As the defendant correctly points out, those steps included but were not limited to providing the Federal Bureau of Prisons with a copy of the court's order. Because it is clear from the defendant's statements that the Federal Bureau of Prisons is processing the defendant's reduced sentence, no additional action by the court is necessary. Further, placement decisions, including how much time, if any, a defendant should spend in a community corrections facility, are best left to the discretion of the Federal Bureau of Prisons. *See generally* 18 U.S.C. § 3621; 18 U.S.C. § 3624. The defendant must proceed through the proper channels that are available within the Federal Bureau of Prisons. Because there is nothing more that the court can do at this stage, the defendant's motion

to expedite process (docket no. 94) is denied.

**IT IS SO ORDERED**.

**DATED** this 27th day of May, 2015.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA